**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

In re: Enhanced Recovery Company, LLC

MDL No. 2717

**CERTIFICATE OF SERVICE**

**Counsel in *John Carter Williams v. Enhanced Recovery Company, LLC*;**
**Case No. CAC 8:15-cv-00265**

I hereby certify that copies of the foregoing Notice of Appearance of Kas Gallucci and Certificate of Service, were served via email through the CM/ECF system on April 20, 2016 to each of the following ECF recipients:

    Todd Friedman
    Law Offices of Todd Friedman, PC
    324 South Beverly Drive, Ste. 725
    Beverly Hills, CA 90212
    877-206-4741
    tfriedman@toddflaw.com
    Attorney for Plaintiff John Carter Williams

    Suren N. Weerasuriya
    Law Offices of Todd Friedman, PC
    324 South Beverly Drive, Ste. 725
    Beverly Hills, CA 90212
    877-206-4741
    Sweerasuriya@attorneysforconsumers.com
    Attorney for Plaintiff John Carter Williams

    Adrian R. Bacon
    Law Offices of Todd Friedman, PC
    324 South Beverly Drive, Ste. 725
    Beverly Hills, CA 90212
    877-206-4741
    abacon@attorneysforconsumers.com
    Attorney for Plaintiff John Carter Williams

Stephen H. Turner
Lewis Brisbois Bisgaard and Smith LLP
633 West 5th Street, Ste. 4000
Los Angeles, CA 90071
213-250-1800
Stephen.turner@lewisbrisbois.com
Attorney for Enhanced Recovery Company, LLC

Larissa G. Nefulda
Lewis Brisbois Bisgaard and Smith LLP
633 West 5th Street, Ste. 4000
Los Angeles, CA 90071
213-250-1800
Larissa.Nefulda@lewisbrisbois.com
Attorney for Enhanced Recovery Company, LLC

**Counsel in *Danny Allen v. Enhanced Recovery Company, LLC*; Case No. CAC/5:15-cv-00806**

I hereby certify that copies of the foregoing Notice of Appearance of Kas Gallucci and Certificate of Service, were served via email through the CM/ECF system on April 20, 2016 to each of the following ECF recipients:

Joshua B. Swigart
Hyde and Swigart APC
2221 Camino Del rio South Ste. 101
San Diego, CA 92108
619-233-7770
josh@westcoastlitigation.com
Attorney for Plaintiff Danny Allen

Seyed Abbas Kazerounian
Kazerouni Law Group PC
245 Fischer Avenue, Ste. D1
Costa Mesa, CA 92626
800-400-6808
ak@kazlg.com
Attorney for Plaintiff Danny Allen

Mona Amini
Kazerouni Law Group PC
245 Fischer Avenue, Ste. D1
Costa Mesa, CA 92626
800-400-6808

2

mona@kazlg.com
Attorney for Plaintiff Danny Allen

Larissa G. Nefulda
Lewis Brisbois Bisgaard and Smith LLP
633 West 5th Street, Ste. 4000
Los Angeles, CA 90071
213-250-1800
Larissa.Nefulda@lewisbrisbois.com
Attorney for Enhanced Recovery Company, LLC

**Counsel in *Cook v. Enhanced Recovery Company, LLC*; Case No. CAE/2:16-cv-00248**

I hereby certify that copies of the foregoing Notice of Appearance of Kas Gallucci and Certificate of Service, were served via email through the CM/ECF system on April 20, 2016 to each of the following ECF recipients:

Lawrence T. Fisher
Bursor and Fisher, PA
1990 N. California Blvd., Ste. 940
Walnut Creek, CA 94596
925-300-4455
ltfisher@bursor.com
Attorney for Plaintiff Sheron Cook

David J. Kaminski
Carlson &Messer
5959 West Century Blvd., Ste. 1214
Los Angeles, CA 90045
310-242-2200
kaminski@cmtlaw.com

**Counsel in *Medina v. Enhanced Recovery Company, LLC*; Case No. FLS/2:15-cv-14342**

I hereby certify that copies of the foregoing Notice of Appearance of Kas Gallucci and Certificate of Service, were served via email through the CM/ECF system on April 20, 2016 to each of the following ECF recipients:

3

Emily C. Komlossy
Komlossy Law P.A.
4700 Sheridan Street, Ste. J
Hollywood, FL 33021
954-842-2021
eck@komlossylaw.com
Attorney for Plaintiff Sherryl Medina

Ross A. Appel
Komlossy Law P.A.
4700 Sheridan Street, Ste. J
Hollywood, FL 33021
954-842-2021
raa@komlossylaw.com
Attorney for Plaintiff Sherryl Medina

Ronald A. Marron
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, CA 92103
619-696-9006
ron@consumersadvocates.com
Attorney for Plaintiff Sherryl Medina

Alexis Wood
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, CA 92103
619-696-9006
alexis@consumersadvocates.com
Attorney for Plaintiff Sherryl Medina

Scott S. Gallagher
Smith Gambrell & Russell
50 N. Laura Street, Ste. 2600
Jacksonville, FL 32202
904-598-6100
ssgallagher@sgrlaw.com
Attorney for Enhanced Recovery Company LLC

Richard D. Rivera
Smith Gambrell & Russell
50 N. Laura Street, Ste. 2600
Jacksonville, FL 32202
904-598-6100
rrivera@sgrlaw.com
Attorney for Enhanced Recovery Company LLC

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 20, 2016                          */s/ Kas Gallucci*
                                               By: Kas Gallucci
                                               *kas@consumersadvocates.com*

                                               **LAW OFFICES OF RONALD A. MARRON**
                                               651 Arroyo Drive
                                               San Diego, California 92103
                                               Telephone: (619) 696-9006
                                               Facsimile: (619) 564-6665

                                               *Counsel for Plaintiff Sherryl Medina*